THE HONORABLE JAMAL N. WHITEHEAD
Noted for: May 3, 2024

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MALIK ABDUL, individually,

 Plaintiff,

v.

PROGRESSIVE DIRECT INSURANCE COMPANY d/b/a PROGRESSIVE, an insurance company doing business in Washington State; CORPORATIONS I-X,

 Defendants.

Case No. 2:23-cv-01632-JNW

**ORDER GRANTING DEFENDANT PROGRESSIVE DIRECT INSURANCE COMPANY'S MOTION TO EXTEND EXPERT DISCLOSURE DEADLINE**

Note on Motion Calendar: May 3, 2024

 This matter comes before the Court on Defendant Progressive Direct Insurance Company's Motion to Extend Expert Disclosure Deadline. The Court has considered Defendant's Motion, as well as pleadings and filings in the record, including the following:

 1. Defendant Progressive Direct Insurance Company's Motion to Extend Expert Disclosure Deadline;

 2. Declaration of Charles A. Willmes in support of Progressive Direct Insurance Company's Motion to Extend Expert Disclosure Deadline and exhibits attached thereto.

 It is hereby ordered that Defendant Progressive Direct Insurance Company's Motion to Extend Expert Disclosure Deadline is granted.

 It is further ordered that the deadline for disclosure of expert testimony is hereby extended from May 13, 2024, to July 12, 2024. It is further ordered that the case schedule

ORDER GRANTING DEFENDANT PROGRESSIVE DIRECT INSURANCE COMPANY'S MOTION TO EXTEND EXPERT DISCLOSURE DEADLINE - 1
NO. 2:23-cv-01632-JNW

**JENSEN MORSE BAKER PLLC**
520 PIKE STREET; SUITE 2375
SEATTLE, WASHINGTON 98101
PHONE: 206.682.1550

deadlines in the Court's Order Setting Trial Date and Related Dates are extended as follows:

| EVENT | DATE |
|---|---|
| All motions related to discovery must be filed by | July 12, 2024 |
| Discovery completed by | August 12, 2024 |
| All motions challenging expert witness testimony | September 9, 2024 |

IT IS SO ORDERED.

Dated this 14th day of May 2024.

Jamal N. Whitehead
United States District Judge

Presented by:

JENSEN MORSE BAKER PLLC

By *s/Charles A. Willmes*
Charles A. Willmes, WSBA No. 23216
charles.willmes@jmblawyers.com

By *s/Steven D. Jensen*
Steven D. Jensen, WSBA No. 26495
steve.jensen@jmblawyers.com

Attorneys for Defendant Progressive Direct Insurance Company

ORDER GRANTING DEFENDANT PROGRESSIVE DIRECT INSURANCE COMPANY'S MOTION TO EXTEND EXPERT DISCLOSURE DEADLINE - 2
NO. 2:23-cv-01632-JNW

JENSEN MORSE BAKER PLLC
520 PIKE STREET; SUITE 2375
SEATTLE, WASHINGTON 98101
PHONE: 206.682.1550

## **CERTIFICATE OF SERVICE**

Pursuant to RCW 9A.72.085, the undersigned certifies under penalty of perjury under the laws of the State of Washington, that on the 25th day of April, 2024, the document attached hereto was delivered to the below counsel in the manner indicated:

| Counsel for Plaintiff | |
|---|---|
| Doug Weinmaster, WSBA No. 28225<br>Brandon Pacher, WSBA No. 58691<br>Phillips Law Firm<br>17410 133rd Avenue NE, Suite 301<br>Woodinville, WA 98072<br>dweinmaster@justiceforyou.com<br>bpacher@justiceforyou.com<br>litigation@justiceforyou.com | ☒ Via CM/ECF<br>☒ Via electronic mail<br>☐ Via U.S. Mail, postage prepaid<br>☐ Via Facsimile<br>☐ Via Courier<br>☐ Via Overnight delivery |

DATED this 25th day of April, 2024, in Kansas City, MO.

By *s/Gwendolyn M. Wall*
Gwendolyn M. Wall, Paralegal

ORDER GRANTING DEFENDANT PROGRESSIVE DIRECT INSURANCE COMPANY'S MOTION TO EXTEND EXPERT DISCLOSURE DEADLINE - 3
NO. 2:23-cv-01632-JNW

**JENSEN MORSE BAKER PLLC**
520 PIKE STREET; SUITE 2375
SEATTLE, WASHINGTON 98101
PHONE: 206.682.1550