THE HONORABLE JAMAL N. WHITEHEAD
Noted for: August 27, 2024

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MALIK ABDUL, individually,

    Plaintiff,

v.

PROGRESSIVE DIRECT INSURANCE COMPANY d/b/a PROGRESSIVE, an insurance company doing business in Washington State; CORPORATIONS I-X,

    Defendants.

Case No. 2:23-cv-01632-JNW

**ORDER OF DISMISSAL**

BASED UPON THE STIPULATION OF THE PARTIES, it is hereby

ORDERED that the above-captioned matter is dismissed with prejudice, the parties to bear their own costs and attorneys' fees.

DONE IN OPEN COURT this 28th day of August 2024.

*[signature]*

Jamal N. Whitehead
United States District Judge

ORDER OF DISMISSAL - 1
Case No: 2:23-cv-01632-JNW

JENSEN MORSE BAKER PLLC
520 PIKE STREET; SUITE 2375
SEATTLE, WASHINGTON 98101
PHONE: 206.682.1550

## CERTIFICATE OF SERVICE

Pursuant to RCW 9A.72.085, the undersigned certifies under penalty of perjury under the laws of the United States of American and the State of Washington, that on the 27th day of August, 2024, the document attached hereto was delivered to the below counsel in the manner indicated:

*Counsel for Plaintiff*

Doug Weinmaster, WSBA No. 28225
Phillips Law Firm
17410 133rd Avenue NE, Suite 301
Woodinville, WA 98072
dweinmaster@justiceforyou.com
rwiley@justiceforyou.com
litigation@justiceforyou.com
tpessoa@justiceforyou.com
ckim@justiceforyou.com

☒ Via CM/ECF
☒ Via electronic mail
☐ Via U.S. Mail, postage prepaid
☐ Via Facsimile
☐ Via Courier
☐ Via Overnight delivery

DATED this 27th day of August, 2024, in Kansas City, MO.

By *s/Gwendolyn M. Wall*
Gwendolyn M. Wall, Paralegal

ORDER OF DISMISSAL - 2
Case No: 2:23-cv-01632-JNW

JENSEN MORSE BAKER PLLC
520 PIKE STREET; SUITE 2375
SEATTLE, WASHINGTON 98101
PHONE: 206.682.1550